FILED
10 JAN 15 PM 1:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   FRED R. PUGLISI, Cal. Bar No. 121822
2       fpuglisi@sheppardmullin.com
   VALERIE E. ALTER, Cal. Bar. No. 239905
3       valter@sheppardmullin.com
   ELIZABETH S. BERMAN, Cal. Bar No. 252377
4       eberman@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
5  Los Angeles, California 90067-6017
   Telephone: (310) 228-3700
6  Facsimile: (310) 228-3701

7  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   JAMES MITTERMILLER, Cal. Bar No. 85177
8       jmittermiller@sheppardmullin.com
   FRANK POLEK, Cal. Bar No. 167852
9       fpolek@sheppardmullin.com
   501 West Broadway, 19th Floor
10 San Diego, California 92101-3598
   Telephone: 619-338-6500
11 Facsimile: 619-234-3815

12
   Attorneys for Defendants
13 NEXTEL OF CALIFORNIA, INC., NEXTEL
   SYSTEMS CORPORATION dba NEXTEL LEASING
14 SYSTEMS CORPORATION, NEXTEL
   OPERATIONS, INC. and SPRINT
15 COMMUNICATIONS COMPANY, L.P.,
   and Specially Appearing Defendant
16 SPRINT NEXTEL CORPORATION

17              UNITED STATES DISTRICT COURT

18              CENTRAL DISTRICT OF CALIFORNIA

19                    WESTERN DIVISION

20 ERIC HERSHLER, on behalf of           Case No. **CV10-00318**
   himself and all others similarly situated,
21                                        **DEFENDANTS' CORPORATE
              Plaintiff,                  DISCLOSURE STATEMENT**
22
                                          [FED. R. CIV. P. 7.1]
23      v.
                                          Complaint Filed: December 10, 2009
24                                        Served:          December 16, 2009

25 SPRINT NEXTEL CORPORATION, a
   Kansas Corporation; NEXTEL OF
26 CALIFORNIA, INC. a Delaware
   Corporation; NEXTEL SYSTEMS
27 CORPORATION dba NEXTEL
   LEASING SYSTEMS
28 CORPORATION, a Delaware

(left margin: COPY TO BE CONFORMED)

W02-WEST:1ESB1\402404525.1

-1-

1 | Corporation, NEXTEL OPERATIONS, INC., a Delaware Corporation, SPRINT
2 | COMMUNICATIONS COMPANY, INC., a Delaware Corporation, and
3 | DOES 1-50, inclusive,
4 |           Defendants.

Pursuant to FED. R. CIV. P. 7.1(a) ("*A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.*"), the undersigned counsel of record for defendants NEXTEL OF CALIFORNIA, INC., NEXTEL SYSTEMS CORPORATION dba NEXTEL LEASING SYSTEMS CORPORATION, NEXTEL OPERATIONS, INC., and SPRINT COMMUNICATIONS COMPANY, L.P. (erroneously named "Sprint Communications Company, Inc."), and specially appearing defendant SPRINT NEXTEL CORPORATION (collectively the **"Sprint Entities"**) certify as follows:

1. NEXTEL OF CALIFORNIA, INC., NEXTEL SYSTEMS CORPORATION dba NEXTEL LEASING SYSTEMS CORPORATION, and NEXTEL OPERATIONS, INC. are wholly owned subsidiaries of Nextel Finance Company, which in turn is a wholly owned subsidiary of Nextel Communications, Inc., which in turn is a wholly owned subsidiary of SPRINT NEXTEL CORPORATION, which is publicly traded.

2. SPRINT COMMUNICATIONS COMPANY, L.P. is a limited partnership with the following limited and general members: US Telecom, Inc, UCOM, Inc., Utelcom, Inc., and Sprint International Communications Corp., which

W02-WEST:1ESB1\402404525.1

is a wholly owned subsidiary of Sprint International, Inc., which in turn is a wholly owned subsidiary of UtelCom, Inc.

Dated: January 15, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
JAMES MITTERMILLER
FRED R. PUGLISI
FRANK POLEK
VALERIE E. ALTER
ELIZABETH S. BERMAN

Attorneys for Defendants
NEXTEL OF CALIFORNIA, INC., NEXTEL SYSTEMS CORPORATION dba NEXTEL LEASING SYSTEMS CORPORATION, NEXTEL OPERATIONS, INC., and SPRINT COMMUNICATIONS COMPANY, L.P.
and Specially Appearing Defendant
SPRINT NEXTEL CORPORATION

W02-WEST:1ESB1\402404525.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067-6017.

On **January 15, 2010**, I served the following document(s) described as: **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Michael Louis Kelley, Esq.
Behram V. Parekh, Esq.
Heather M. Peterson,, Esq.
KIRKLAND & PACKARD LLP,
2361 Rosecrans Avenue, Fourth Floor
El Segundo, California, 90245.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☒ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2010, at Los Angeles, California.

_____
Xavier Maurice