Heather M. Peterson-SBN 261303
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue
Fourth Floor
El Segundo, CA 90245
(310) 536-1000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HERSHLER, on behalf of himself and all others similarly situated<br><br>v.           Plaintiff(s)<br>Sprint Nextel Corporation, et. al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:10-cv-00318-GW-FMO<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s) <u>1) Sprint Nextel Corporation; 2) Nextel Systems Corporation dba Nextel Leasing Systems Corporation; 3) Nextel Operations, Inc.; and 4) Sprint Communications Company, Inc.</u> is/are dismissed from (*check one*)   ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by <u>Plaintiff, without prejudice</u>.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

<u>February 17, 2010</u>
Date

*Signature of Attorney/Party*
Heather M. Peterson, Attorneys for Plaintiff

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*